No. 83–6915.   BEAM v. ALABAMA.   C. A. 11th Cir.   Certiorari denied.

No. 83–6916.   JOHNSON v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–6923.   BELGARDE v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6924.   EMMONS v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 83–6926.   CARR v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 2d Cir.   Certiorari denied.

No. 83–6927.   CYNTJE v. DAILY NEWS PUBLISHING CO., INC., ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–6928.   HILL ET AL. v. DURIRON CO.   C. A. 6th Cir. Certiorari denied.

No. 83–6930.   THOMAS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 83–6931.   PARSONS v. COUNTY OF DEL NORTE ET AL. C. A. 9th Cir.   Certiorari denied.

No. 83–6932.   MONROE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6933.   SMITH v. LINAHAN, SUPERINTENDENT, JACK P. RUTLEDGE CORRECTIONAL INSTITUTE.   C. A. 11th Cir.   Certiorari denied.

No. 83–6936.   GRAVES v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–6937.   HICKERSON v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–6938.   BROADWAY v. CARLSON, DIRECTOR, BUREAU OF PRISONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–6939.   BROWN v. FLURE ET AL.   C. A. 11th Cir.   Certiorari denied.